## Commonwealth *v.* Hawkins, Appellant.

Before STRAUSS, J., with-

out a jury.

Submitted November 11, 1974. *Myron Hawkins,* appellant, in propria persona; *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.